# MEMORANDUM CASES.

[Civ. No. 3802.   First Appellate District, Division One.—February 24, 1921.]

FRANCIS P. GARVAN, as Alien Property Custodian, etc., Petitioner, v. Honorable BERNARD J. FLOOD, as Judge of the Superior Court, etc., Respondent.

RESTORATION OF LOST RECORDS—NATURALIZATION—SUFFICIENCY OF EVIDENCE.—Proceeding dismissed upon the authority of the case entitled *In the Matter of the Naturalization of August Hermann Sielcken, ante,* p. 538, ⌈197 Pac. 668⌉.

APPLICATION for a Writ of Certiorari to review a decree restoring record of naturalization. Bernard J. Flood, Judge. Dismissed.

The facts are stated in the opinion of the court in the case entitled *In the Matter of the Naturalization of August Hermann Sielcken, ante,* p. 538, [197 Pac. 668].

Knight, Boland, Hutchinson & Christin for Appellant.

John Francis Neylan for Respondent.

THE COURT.—Upon the authority of the case entitled *In the Matter of the Naturalization of August Hermann Sielcken, ante,* p. 538, [197 Pac. 668], the petition for a writ of review herein is dismissed.